IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEVEN CLEM, : | |
|     *Plaintiff* : | |
| v. : | CASE NO.: 3:18CV00049 |
| : | |
| SCOTT H. JENKINS, *et al*, : | |
|     *Defendants.* : | |

**PLAINTIFF'S MEMORANDUM IN CONCURRENCE WITH JAMES VERNON FOX'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

    COMES NOW the Plaintiff, Steven Clem ("Plaintiff" or "CLEM") by counsel and after consideration of the brief in support of the motion to dismiss concurs that the complaint in the above-styled case presently lacks facts sufficient to state plausible claims against Defendant James Vernon Fox ("FOX"). Consequently, all claims against FOX should be dismissed without prejudice.

Dated: August 24, 2018                            Respectfully submitted,

                                                               STEVEN CLEM

                                                               By:    /s/ M. Paul Valois
                                                                           Of counsel

M. Paul Valois (VSB No. 72326)
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
Telephone: (434) 845-4529
Facsimile: (434) 845-8536
mvalois@vbclegal.com

*Counsel for Plaintiff Steven Clem*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

Rosalie Pemberton Fessier, Esquire
TIMBERLAKESMITH
25 North Central Avenue
P. O. Box 108
Staunton, Virginia 24402-0108

*Counsel for Defendant Scott Jenkins*

Madeline M. Gibson, Esquire
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, Virginia 23219

*Counsel for Defendants Mason Mays,
Brent Coffey and Commonwealth of Virginia*

William W. Tunner, Esquire
THOMPSON & MCMULLIN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond Virginia 23219

*Counsel for Defendant Vernon Fox*

                 /s/ M. Paul Valois
                 *M. Paul Valois*