CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 0 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEVEN E. CLEM, | ) |
| Plaintiff, | ) Civil Action No. 3:18CV00049 |
| v. | ) **DISMISSAL ORDER** |
| SCOTT H. JENKINS, et al., | ) By: Hon. Glen E. Conrad |
| Defendants. | ) Senior United States District Judge |

By memorandum opinion and order entered January 11, 2019, the court dismissed the plaintiff's claims without prejudice and gave the plaintiff fourteen days to file an amended complaint. The plaintiff was advised that if no amended complaint was filed within the specified time period, the case would be dismissed and stricken from the court's active docket. The fourteen-day period has expired, and the plaintiff has not filed an amended complaint. Accordingly, it is hereby

**ORDERED**

that this case is **DISMISSED WITHOUT PREJUDICE** and shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This 30th day of January, 2019.

/s/ Glen E. Conrad
Senior United States District Judge